J. D. McCRAY v. HENRY WALDO *et al.* No. 12,300. (65 Pac. 1116.) Error from Lyon district court. Opinion filed June 8, 1901. Division two. *Affirmed.* Madden 'Bros., for plaintiff in error. Buck & Spencer, C. B. Graves, and L. B. & J. M. Kellogg, for defendants in error.

THE BOARD OF COUNTY COMMISSIONERS OF MIAMI COUNTY v. THE ·BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY. No. 12,341. (65 Pac. 1114.) Error from Miami district court. Opinion filed June 8, 1901. Division two. *Affirmed.* W. L. Joyce, and W. H. Brown, for plaintiff in error. E. C. Owen, county attorney, F. N. Hamilton, and Ogg & Scott, for defendant in error.

CALVIN J. COWLES *et al.* v. THE PHŒNIX MUTUAL LIFE INSURANCE COMPANY. No. 12,343. (65 Pac. 217.) Error from Allen district court. Opinion filed June 8, 1901. Division two. *Affirmed.* Oscar Foust & Son, for plaintiffs in error. John H. Crain, for defendant in error.

THE STATE OF KANSAS v. L. D. MONTGOMERY. No. 12,429. (65 Pac. 1117.) Appeal from Allen district court. Opinion filed June 8, 1901. Division two. *Affirmed.* A. A. Godard, attorney-general, J. S. West, S. A. Gard, and G. R. Gard, for The State. Chris Ritter, and John F. Goshorn, for appellant. ·

THE CITY OF HOWARD v. R. J. STROUD. No. 12,443. (65 Pac. 249.) Error from Elk district court. Opinion filed June 8, 1901. Division two. *Affirmed.* Nichols & Brooks, and Sol L. Long, for appellant. John Marshall, and J. F. Deal, for appellee.

MILTON BROWN v. I. B. WORTHEN. No. 12,490. (65 Pac. 255.) Original ·proceeding in mandamus, certified from the court of appeals. Opinion filed June 8, 1901. Division two. *Dismissed.* Milton Brown, and Sutton & Madison, for plaintiff in error. M. G. Kelso, for defendant in error.

R. E. EDWARDS *et al.* v. AUGUSTA RENSTROM. No. 12,496. (65 Pac. 249.) Error from Edwards district court. Opinion filed June 8, 1901. Division two. *Modified.* F. Dumont Smith, for plaintiffs in error. D. A. Banta, for defendant in error.

WILLIAM SONNTAG v. S. J. FROST *et al.* No. 12,497. (65 Pac. 260.) Error from Kingman district court. Opinion filed June 8, 1901. Division two. *Reversed.* W. C. Tetirick, for plaintiff in error. C. W. Fairchild, for defendants in error.

J. W. TEMPLE, *Administrator*, v. GEORGE JOHNSON *et al.* No. 12,498. (65 Pac. 1117.) Error from Lyon district court. Opinion filed June 8, 1901. Division two. *Reversed.* J. G. Hutchison, for plaintiff in error. L. B. & J. M. Kellogg, for defendants in error.

THE CITIZENS BANK OF EMPORIA v. JAMES K. BURNHAM *et al.* No. 12,507. (65 Pac. 1115.) Error from Lyon district court. Opinion filed June 8, 1901. Division two. *Affirmed.* R. M. Hamer, and W. T. McCarty, for plaintiff in error. L. B. & J. M. Kellogg, for defendants in error.

THOMAS MCBLAIN v. JAMES MEANS. No. 12,508. (65 Pac. 1116.) Error from Lyon district court. Opinion filed June 8, 1901. Division two. *Reversed.* J. G. Hutchison, for plaintiff in error. Buck & Spencer, for defendant in error.